### 63904. FORBUS v. THE STATE.
### 63905. NICHOLSON v. THE STATE.

SOGNIER, Judge.

Violation of the Georgia Controlled Substances Act. Appellants' attorney filed a copy of a letter to the Cobb County district attorney in the Superior Court of Cobb County. Included in the letter was a statement asking the district attorney to "please accept this letter as a formal demand for a trial by jury." At trial appellants made a motion for discharge on the ground that after making a demand for trial, they had not been brought to trial within the time required by Code § 27-1901. The trial court denied the motion; in their sole enumeration of error, appellants contend such a denial was error. Pursuant to this court's decision in *State v. Adamczyk,* 162 Ga. App. 288 (290 SE2d 149) April (1982), we affirm.

*Judgment affirmed. Deen, P. J., and Pope, J., concur.*

DECIDED APRIL 23, 1982 —
REHEARING DENIED MAY 10, 1982 — 

*J. Stephen Schuster,* for appellant.
*Thomas J. Charron, District Attorney, James T. Martin, Assistant District Attorney,* for appellee.